Clear Form

FILED

JUN 13 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JILLIAN L. PIERCE

CV 17 3409 MEJ

Plaintiff,

CASE NO. _____

vs.

County of Marin

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Defendant.

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

CA 14 3409 MOD

| | | | |
|---|---|---|---|
|1| and wages per month which you received. | | |
|2| _Years ago currently on SSI and_ | | |
|3| _WIC_ | | |
|4| | | |
|5| 2. Have you received, within the past twelve (12) months, any money from any of the | | |
|6| following sources: | | |
|7| | a. Business, Profession or | Yes ___ No ✓ |
|8| | self employment? | |
|9| | b. Income from stocks, bonds, | Yes ___ No ✓ |
|10| | or royalties? | |
|11| | c. Rent payments? | Yes ___ No ✓ |
|12| | d. Pensions, annuities, or | Yes ___ No ✓ |
|13| | life insurance payments? | |
|14| | e. Federal or State welfare payments, | Yes ✓ No ___ |
|15| | Social Security or other govern- | _SSI WIC_ |
|16| | ment source? | _Foodstamps_ |
|  | | | _cashaid_ |
|17| If the answer is "yes" to any of the above, describe each source of money and state the amount |
|18| received from each. |
|19| _SSI - 895. Foodstamps - 500 cashaid - 380_ |
|20| |
|21| 3. Are you married? Yes ___ No ✓ |
|22| Spouse's Full Name: _____ |
|23| Spouse's Place of Employment: _____ |
|24| Spouse's Monthly Salary, Wages or Income: |
|25| Gross $_____ Net $_____ |
|26| 4. a. List amount you contribute to your spouse's support:$ _____ |
|27| b. List the persons other than your spouse who are dependent upon you for support |
|28| and indicate how much you contribute toward their support. (NOTE: For minor |

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

Chloe Brown - 3   Chauncey Brown - 4

Jaylin Pierce-Strong - 9 months

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _X_

Make ~~Jeep~~ Year _____ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ 1000.          Utilities: 200+

Food: $ 500           Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/13/17
DATE

*[signature]*
SIGNATURE OF APPLICANT