UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN L. PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MARIN, *et al.*,<br><br>    Defendants. | Case No. 17-cv-03409-SI<br><br>**ORDER DIRECTING U.S. MARSHALS SERVICE TO SERVE AMENDED COMPLAINT ON NEWLY ADDED DEFENDANTS**<br><br>Re: Dkt. Nos. 41, 43 |

In an order filed on June 20, 2017, the Court granted plaintiff's application to proceed *in forma pauperis*. On October 27, 2017, plaintiff filed an amended complaint adding two new defendants, Shayna Orr and Matthew Pender. The Court directs the U.S. Marshals Service to serve the amended complaint on these new defendants.

**IT IS SO ORDERED**.

Dated: November 2, 2017

    SUSAN ILLSTON
    United States District Judge