| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JILLIAN L. PIERCE,

    Plaintiffs,

v.

COUNTY OF MARIN, et al.,

    Defendants.

Case No. 17-cv-03409-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 1, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 6, 2018.

DESIGNATION OF EXPERTS: 12/3/18; REBUTTAL: 12/21/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 11, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 18, 2019;
    Opp. Due: February 1, 2019; Reply Due: February 8, 2019;
    and set for hearing no later than February 22, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2019 at 3:30 PM.

JURY TRIAL DATE: May 13, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will issue an order withdrawing the prior order directing service of the complaint by the U.S. Marshal.

Plaintiff shall effect service on Defendant Pender.

The case shall be referred to Magistrate-Judge Beeler for settlement purposes. The settlement conference shall occur the week of 4/30/18.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/9/18

SUSAN ILLSTON
United States District Judge