| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JILLIAN L. PIERCE,

    Plaintiffs,

v.

COUNTY OF MARIN, et al.,

    Defendants.

Case No. 17-cv-03409-SI (SI)

**SECOND**
**PRETRIAL PREPARATION ORDER**
**(CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 22, 2019.

DESIGNATION OF EXPERTS: March 1, 2019; REBUTTAL: March 11, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 5, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; April 19, 2019;
    Opp. Due: May 3, 2019; Reply Due: May 10, 2019;
    and set for hearing no later than May 24, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: June 25, 2019 at 3:30 PM.

JURY TRIAL DATE: July 8, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall meet and confer by phone on 8/16/18 at 2 p.m. to discuss the possibility in

entering into some "attorney eyes only" protective order.

Discovery needs to begin to ensure for a productive settlement conference before Mag. Judge Beeler on 11/13/18.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.

Dated: 8/6/18

_____
SUSAN ILLSTON
United States District Judge